IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

**RAMACO RESOURCES, LLC,**

    Plaintiff,

v.                                                               **CIVIL ACTION NO.: 2:19-cv-00703**

**FEDERAL INSURANCE COMPANY, and
ACE AMERICAN INSURANCE COMPANY,**

    Defendants.

### DEFENDANTS' RENEWED MOTION FOR SUMMARY JUDGMENT ON *HAYSEEDS* CLAIM

Defendants, Federal Insurance Company ("Federal") and ACE American Insurance Company ("ACE") (collectively "Defendants"), by and through counsel and pursuant to Rule 56 of the Federal Rules of Civil Procedure, hereby respectfully request that the Court grant their renewed motion for summary judgment as to Plaintiff's claim for damages pursuant to *Hayseeds, Inc. v. State Farm Fire & Cas.*, 177 W. Va. 323, 329, 352 S.E.2d 73, 80 (1986). [1] As set forth in the accompanying Memorandum of Law, Plaintiff cannot establish that it has substantially prevailed in the underlying contract claim as defined by West Virginia law. In support of their motion, the Defendants provide the accompanying Memorandum of Law and Declaration of William T. Blake.

**WHEREFORE**, for the reasons set forth herein, and in the accompanying Memorandum of Law, there is no genuine issue of material fact on this issue and Defendants are entitled to judgment as matter of law on this issue as Plaintiff cannot establish that it has substantially

---

[1] Defendants' initial motion for summary judgment is at *Dkt.* 154. In the alternative, Defendants file this motion under Rule 50(a) for judgment as a matter of law.

1

prevailed in the underlying contract claim as defined by West Virginia law, nor is Plaintiff entitled to damages for aggravation and inconvenience as a matter of law.

Respectfully submitted,

FEDERAL INSURANCE COMPANY AND
ACE AMERICAN INSURANCE COMPANY

BY COUNSEL

      /s/ J. Jarrod Jordan
Matthew J. Perry, Esquire WVSB 8589
J. Jarrod Jordan, Esquire WVSB 10622
**LAMP BARTRAM LEVY TRAUTWEIN & PERRY, PLLC**
720 Fourth Avenue
Post Office Box 2488
Huntington, WV 25725-2488
(304) 523-5400
(304) 523-5409
mperry@720legal.com
jjordan@720legal.com

- and –

Matthew S. Ponzi (Pro Hac Vice)
John Eggum (Pro Hac Vice)
FORAN GLENNON PALANDECH PONZI & RUDLOFF PC
222 N. La Salle St.., Ste. 1400
Chicago, IL 60601
(312) 863-5000
(312) 863-5099
mponzi@fgppr.com
jeggum@fgppr.com

2

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

**RAMACO RESOURCES, LLC,**

    Plaintiff,

                                                                       **ELECTRONICALLY FILED**

v.                                                          **CIVIL ACTION NO.: 2:19-cv-00703**

**FEDERAL INSURANCE COMPANY, and
ACE AMERICAN INSURANCE COMPANY,**

    Defendants.

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record via CM/ECF, the Court's electronic notification system, on July 16, 2021, including as follows:

                Brian A. Glasser
                Rebecca Pomeroy
                BAILEY GLASSER, LLP
                209 Capitol Street
                Charleston, WV 25301

                Nicholas S. Johnson
                Michael L. Murphy
                BAILEY GLASSER, LLP
                1055 Thomas Jefferson Street
                Suite 540
                Washington, D.C. 20007

                                                             /s/ J. Jarrod Jordan