# District Judge Daybook Entry

**United States District Court - Southern District of West Virginia at Charleston**

Date: 7/15/2021          Case Number  2:19-cv-00703

| | |
|---|---|
| Case Style | Ramaco Resources, LLC vs. Chubb INA Holdings, Inc. |
| Type of hearing | Civil Jury Trial |

Before the Honorable: 2508-Copenhaver

| | | | |
|---|---|---|---|
| Court Reporter | Catherine Schutte-Stant | Courtroom Deputy | Law Clerk |

Attorney(s) for the Plaintiff or Government

Rebecca Donnellan-Pomeroy, Brian Glasser, Nicholas Johnson

Attorney(s) for the Defendant(s)

John Eggum, James Jordan, Matthew Perry, Matthew Ponzi

Law Clerk          JS

Probation Officer

## Court Times

| Start Time | Stop Time | Court Time Description |
|---|---|---|
| 10:00 AM | 5:45 PM | Court actively conducting trial proceedings/Contested proceedings |

Court actively conducting trial proceedings/Contested proceedings 07:45

## Courtroom Notes

Scheduled Start Time: 9:30 AM
Actual Start Time: 10:00 AM

Parties discussed objections to jury instructions and verdict form.

Jury was brought in at 10:10.  Parties delivered closing statements between 10:20 AM and 1:00 PM.

Court gave jury instructions from 2:10 PM until 3:00 PM.  Jury was excused to deliberate.

Jury rendered verdict at 5:30 PM.  Jury was excused for the evening.

Parties discussed matters relating to Hayseeds damages and presentation to the jury.

End Time: 5:45 PM