IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

**RAMACO RESOURCES, LLC,**

    **Plaintiff,**

v.                                             CIVIL ACTION NO.: 2:19-cv-00703

**FEDERAL INSURANCE COMPANY and
ACE AMERICAN INSURANCE COMPANY**

    **Defendants.**

## VERDICT FORM

Directions: Please answer questions 1 and 2, and then follow the instructions below relating to Questions 3-5.

**Question No. 1:** The insurance policy states: "This insurance does not apply to loss or damage caused by or resulting from rust, oxidation, corrosion or discoloration." Was the November 5, 2018 Silo No. 1 failure event caused by or resulting from corrosion? Please answer "yes" or "no".

ANSWER: __NO__

**Question No. 2:** The insurance policy states: "This insurance does not apply to loss or damage caused by or resulting from wear and tear or deterioration." Was the November 5, 2018 Silo No. 1 failure event caused by or resulting from wear and tear or deterioration? Please answer "yes" or "no".

ANSWER: __NO__

1

\*\*\*

If you answered "yes" to question 1 or question 2, stop. Do not answer any further questions. If you answered "no" to both of the above questions, then answer Questions 3-5)

**Question No. 3:** What is the amount of plaintiff's damages under the insurance policy for extra expense during the Period of Restoration?

ANSWER: 3,306,439

**Question No. 4:** What is the amount of plaintiff's damages under the insurance policy for business income loss during the Period of Restoration?

ANSWER: 3,813,677

**Question No. 5:** Has plaintiff shown it is entitled to pre-judgment interest? If Yes, please use the following to assist in the calculation:

__(Amount of Contract Damages)__ x 0.07485 = __(Amount of Prejudgment Interest)__

ANSWER: 532,941

TOTAL: 7,653,057

DATE: 7/15/2021

2