IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

RAMACO RESOURCES, LLC,

    Plaintiff,

v.

    Civil Action No. 2:19-cv-00703

FEDERAL INSURANCE COMPANY, and
ACE AMERICAN INSURANCE
COMPANY,

    Defendants.

## VERDICT FORM

1. Because you have found that the Defendants breached the insurance policy contract by denying Ramaco's claim, what amount of aggravation and inconvenience damages is Ramaco entitled to recover.

$ 25,000,000

Date: 7/16/2021   Foreperson Signature ███████████