UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

**RAMACO RESOURCES, LLC,**

      Plaintiff,

v.   Civil Action No. 2:19-cv-00703

**FEDERAL INSURANCE COMPANY and
ACE AMERICAN INSURANCE COMPANY,**

      Defendants.

## JUDGMENT ORDER

In accordance with the memorandum opinion and order granting defendants' renewed motion for judgment as a matter of law this day entered in the above-styled civil action, it is ORDERED and ADJUDGED that the dollar amount of the jury's verdict is set aside and that judgment as a matter of law be, and hereby is, entered in favor of plaintiff Ramaco Resources, LLC, and against defendants, Federal Insurance Company and ACE American Insurance Company, in the amount of $1,796,584, together with interest from this date pursuant to 28 U.S.C. § 1961 and taxable costs.

The Clerk is requested to transmit copies of this judgment order to all counsel of record and any unrepresented parties.

ENTER: March 4, 2022

_____
John T. Copenhaver, Jr.
Senior United States District Judge