FILED: July 20, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-1459
(2:19-cv-00703)

_____

RAMACO RESOURCES, LLC

   Plaintiff - Appellant

v.

FEDERAL INSURANCE COMPANY; ACE AMERICAN INSURANCE COMPANY

   Defendants - Appellees

and

CHUBB INA HOLDINGS INC.

   Defendant

_____

J U D G M E N T

_____

In accordance with the decision of this court, the judgment of the district court is affirmed in part and reversed in part. This case is remanded to the district court for further proceedings consistent with the court's decision.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ PATRICIA S. CONNOR, CLERK