FILED: September 7, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-1459
(2:19-cv-00703)

_____

RAMACO RESOURCES, LLC

       Plaintiff - Appellant

v.

FEDERAL INSURANCE COMPANY; ACE AMERICAN INSURANCE COMPANY

       Defendants - Appellees

and

CHUBB INA HOLDINGS INC.

       Defendant

_____

AMENDED JUDGMENT

_____

In accordance with the opinion of this court entered July 20, 2023, and the order of this court entered September 8, 2023, the judgment of the district court is affirmed in part and reversed in part. Postjudgment interest is awarded on the

award of $7,653,057 in contract damages, running from March 4, 2022, at the federal rate set forth in 28 U.S.C. § 1961(a). This case is remanded to the district court for further proceedings consistent with the court's decision.

The judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ NWAMAKA ANOWI, CLERK